# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1545

ABBVIE INC. and ABBVIE BIOTECHNOLOGY LIMITED,

Plaintiffs-Appellees,

v.

THE MATHILDA AND TERENCE KENNEDY INSTITUTE
OF RHEUMATOLOGY TRUST,

Defendant-Appellant.

Appeal from the United States District Court for the Southern District of
New York in case no. 11-CV-2541, Judge Paul A. Crotty.

Authorized Abbreviated Caption[2]

ABBVIE INC. V KENNEDY INST. OF RHEUMATOLOGY, 2013-1545

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders.
FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.