**2013-1545**

_____

# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

_____

ABBVIE INC. and ABBVIE BIOTECHNOLOGY LIMITED,
                              *Plaintiffs-Appellees*,

v.

THE MATHILDA AND TERENCE KENNEDY INSTITUTE OF
RHEUMATOLOGY TRUST,
                              *Defendant-Appellant*.

_____

Appeal from the United States District Court for the Southern District of New York in case no. 11-CV-2541, Judge Paul A. Crotty.

_____

**ABBVIE INC.'S AND ABBVIE BIOTECHNOLOGY LIMITED'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PRINCIPAL BRIEF**

_____

Plaintiffs-Appellees AbbVie Inc. and AbbVie Biotechnology Limited ("AbbVie") respectfully move this Court for an enlargement of time of thirty (30) days, or up to and including February 18, 2014 (Monday, February 17, 2014 is a Federal holiday), for AbbVie to file its principal brief. AbbVie's principal brief is currently due on January 16, 2014.

This motion is made in good faith by counsel and not for the purpose of delay or other procedural advantage. AbbVie has not previously sought any

extensions of time for the filing of its principal brief. A declaration supporting these facts accompanies this motion. A proposed order granting the relief requested in this motion is attached.

Counsel for Defendant-Appellant to this appeal has indicated that they do not oppose this motion.

Dated: December 18, 2013         Respectfully submitted,

                                 Respectfully submitted,
                                 /s/ Michael A. Morin
                                 Michael A. Morin
                                 David P. Frazier
                                 Casey L. Dwyer
                                 Cora R. Holt
                                 Finnegan, Henderson, Farabow,
                                   Garrett & Dunner, LLP
                                 901 New York Ave., NW
                                 Washington, DC 20001
                                 Telephone: (202) 408-4000

                                 *Attorneys for Plaintiffs-Appellees*

2013-1545

_____

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

_____

ABBVIE INC. and ABBVIE BIOTECHNOLOGY LIMITED,
*Plaintiffs-Appellees*,

v.

THE MATHILDA AND TERENCE KENNEDY INSTITUTE OF
RHEUMATOLOGY TRUST,
*Defendant-Appellant*.

_____

Appeal from the United States District Court for the Southern District of New York in case no. 11-CV-2541, Judge Paul A. Crotty.

_____

**DECLARATION OF MICHAEL A. MORIN**

1. I submit this declaration in accordance with Federal Circuit Rule 26(b)(5) and in support of Plaintiffs-Appellees AbbVie Inc.'s and AbbVie Biotechnology Limited's ("AbbVie") motion for a 30-day extension of time for filing its principal brief.

2. I am an attorney with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, which represents AbbVie in this appeal. I am the attorney responsible for supervising and preparing AbbVie's brief in this appeal.

3. This motion is made in good faith and not for the purpose of delay or other procedural advantage.

4. The requested 30-day extension of time is needed to allow adequate time for counsel to prepare AbbVie's principal brief and to provide sufficient time for review and comment. The undersigned has a very busy work and personal schedule from now until the original due date of January 16, 2014. Moreover, multiple members of our appeal team will be in Europe from January 4-17 for an international arbitration, and are currently in the process of preparing for that arbitration.

5. This is AbbVie's first request for additional time to file its principal brief. It previously agreed to a 60-day extension for Appellant to file its principal brief, which this Court granted.

6. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 18, 2013

By: /s/ Michael A. Morin
Michael A. Morin

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

# ABBVIE INC V KENNEDY INST. OF RHEUMATOLOGY

# 2013-1545

# CERTIFICATE OF INTEREST

Counsel for Plaintiffs-Appellees AbbVie Inc. and AbbVie Biotechnology Limited certifies the following:

1. The full name of every party or amicus represented by me is:

   AbbVie Inc. (f/k/a Abbott Laboratories)
   AbbVie Biotechnology Limited (f/k/a/ Abbott Biotechnology Limited)

2. The name of the real party in interest represented by me is:

   AbbVie Inc. (f/k/a Abbott Laboratories)
   AbbVie Biotechnology Limited (f/k/a/ Abbott Biotechnology Limited)

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

   Abbvie Inc.: No parent corporation and no publicly held company holds 10% or more of its stock
   AbbVie Biotechnology Limited: AbbVie Bahamas Ltd., AbbVie Limited (Cyprus), AbbVie Overseas S.à.r.l., AbbVie International S.à.r.l, AbbVie (Gibraltar) Holdings Limited, AbbVie (Gibraltar) Limited, and AbbVie Inc.

5. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
   Michael A. Morin, David P. Frazier, Robert E. Shaffer, Steven P. O'Connor, John T. Battaglia, Jennifer A. Johnson, Casey L. Dwyer, Cora R. Holt

   FLEMMING ZULACK WILLIAMS ZAUDERER, LLP
   Gerald G. Paul, Grant Shehigian

Date:  December 18, 2013

Respectfully submitted,
/s/ Michael A. Morin
Michael A. Morin
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000

**2013-1545**

_____

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
_____

ABBVIE INC. and ABBVIE BIOTECHNOLOGY LIMITED,
*Plaintiffs-Appellees*,

v.

THE MATHILDA AND TERENCE KENNEDY INSTITUTE OF
RHEUMATOLOGY TRUST,
*Defendant-Appellant*.

_____

Appeal from the United States District Court for the Southern District of New York in case no. 11-CV-2541, Judge Paul A. Crotty.
_____

**ORDER**
_____

UPON CONSIDERATION of the Unopposed Motion for an Enlargement of Time filed by AbbVie, and finding good cause shown, it is ORDERED that:

The Motion is GRANTED. The time for filing Appellant's principal brief shall be extended thirty (30) days, up to and including February 18, 2014.

FOR THE COURT:

Date: _____          _____

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing **AbbVie Inc.'s and AbbVie Biotenchnology Limited's Unopposed Motion for an Enlargement of Time to File Principal Brief** were served upon registered counsel by operation of the Court's CM/ECF system on this 18th day of December, 2013.

>Mark A. Perry
>Gibson, Dunn & Crutcher LLP
>1050 Connecticut Avenue, N.W.
>Washington, D.C.  20036
>mperry@gibsondunn.com
>
>John P. White
>Cooper & Dunham LLP
>30 Rockefeller Plaza
>New York, NY  10112
>jwhite@cooperdunham.com

>/s/ Kay Wylie
>Kay Wylie